UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHELIA THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:06-CV-1414 CAS |
| v. ) | |
| ) | |
| AMERISTAR CASINO ST. CHARLES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff having filed her First Amended Complaint with leave of Court on April 16, 2007, pending motions pertaining to the original complaint should be denied as moot, see Pure Country, Inc. v. Sigma Chi Fraternity, 312 F.3d 952, 956 (8th Cir. 2002), without prejudice to the filing of motions concerning the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss is **DENIED as moot** without prejudice. [Doc. 9]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 20th day of April, 2007.